# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2005

128355

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARK P. JAMES,
      Plaintiff-Appellee,
and

AUTO-OWNERS INSURANCE COMPANY,
      Intervening Plaintiff-Appellee

v

AUTO LAB DIAGNOSTICS & TUNE UP
CENTERS and FARMERS INSURANCE
EXCHANGE,
      Defendants-Appellants,
and

SECOND INJURY FUND, PERMANENT &
TOTAL DISABILITY PROVISIONS,
      Defendant-Appellee.

SC: 128355
COA: 257993
WCAC: 04-000002

_____/

On order of the Court, the application for leave to appeal the February 22, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005

Clerk

t1010